IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-125-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARRENCE TERMAINE COVINGTON, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of probation (DE 116). The United States Probation Office reports to the court that defendant is compliant with supervision, and defendant is self-employed doing commercial janitorial services and has no outstanding balance on his financial obligation. Defendant also has completed Cognitive Behavioral Therapy. However, defendant has not yet served half of his term of supervision. The government did not respond to the motion.

Upon careful consideration of defendant's motion, the response of the United States Probation Office, the record in this case, and the pertinent factors under 18 U.S.C. § 3553(a), the court determines that defendant has not justified at this time termination of supervised release. Therefore, the instant motion is DENIED WITHOUT PREJUDICE. The court commends defendant for his record of achievement while on supervised release, including full time employment, completion of therapy, and lack of outstanding balance on financial obligation. Such record is consistent with the court's expectations at sentencing. In the event defendant completes at least half of his term of supervision, in compliance with all terms of supervision, the court may

consider at that juncture renewed motion by defendant or recommendation by the United States Probation Office for early termination of supervised release.

SO ORDERED, this the 16th day of November, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge